In the Matter of ELAINE WARD, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted December 19, 2016; decided January 12, 2017

Motion for reargument of motion for leave to appeal denied [*see* 28 NY3d 1070].